# EXHIBIT E

## Evidence Of Use Chart For U.S. Patent No. RE 46,513

*Evidence of Use Chart Showing Infringement of U.S. Patent No. RE 46,513 by Fresha*

## US Patent RE 46,513 Versus Fresha Authentication Using OAuth 2.0

1



**16**. A processing system having resources that are selectively accessible to users, the resources including processors, program objects, and records, the processing system comprising:

a communication device through which a user desiring access to a resource communicates sends and receives information in a secure communication session with the processing system;

an information database that stores information identifying users to the processing system and authorization information that identifies resources accessible to users and that is necessary for access to resources; and

a logon component that communicates with the communication device and with the information database, wherein the logon component receives logon information provided by the user during the secure communication session, verifies the received logon information by matching against information identifying the user to the processing system that is retrieved from the information database, and generates a security context from the received logon information and authorization information;

wherein the logon component provides the security context to the user's communication device, and the user sends, to the processing system, the security context and a request for access to a resource.

Evidence of Use Chart Showing Infringement of U.S. Patent No. RE 46,513 by Fresha
Claim 16
A processing system having resources that are selectively accessible to users, the resources including processors, program objects, and records, the processing system comprising:
https://docs.oracle.com/cd/E39820_01/doc.11121/gateway_docs/content/oauth_flows.html
{Fresha's website infrastructure is an example of the recited processing system and functionality, including use of OAuth2, as shown on slide 1.}
User
UserAgent (Browser)
Web Server (Client App)
Authorization Server
Resource Server
Enter URL
Open URL
Start OAuth Process
Redirect to AuthZ Server
Opens redirect URL
Present Authorization UI
Present Authorization UI
Present credentials and authorise or deny
Present submitted data from user
Verify and create Authorization code
Redirect to Web Server with Authorization Code
Follow redirect to Web Server
Present Authorization Code
Return Access Token
Call protected resource with Access Token
Return protected resource
User
UserAgent (Browser)
Web Server (Client App)
Authorization Server
Resource Server
3

*Evidence of Use Chart Showing Infringement of U.S. Patent No. RE 46,513 by Fresha*

| Claim 16 | |
|---|---|
| A processing system having resources that are selectively accessible to users, the resources including processors, program objects, and records, the processing system comprising: | ***{Resources shown are selectively accessible, based at least on successful user login.}***   ***{Microsoft Edge Browser with Developer Tools enabled.}*** |

*Evidence of Use Chart Showing Infringement of U.S. Patent No. RE 46,513 by Fresha*

| Claim 16 | |
|---|---|
| a communication device through which a user desiring access to a resource communicates sends and receives information in a secure communication session with the processing system; |  ***{Fresha's website infrastructure included he recited communications device. The above packet capture is from a web browser after a user types in www.Fresha.com. Resources, such as "My Orders" are identified using URLs. Use of HTTPS/TLS is an example of the secure session. An example of the communications device is the Fresha web server for the IP address "44.193.39.141" shown. }*** |

*Evidence of Use Chart Showing Infringement of U.S. Patent No. RE 46,513 by Fresha*

| Claim 16 | |
|---|---|
| an information database that stores information identifying users to the processing system and authorization information that identifies resources accessible to users and that is necessary for access to resources; and | **How secure is my data?**<br><br>At Fresha, we take security very seriously. Your data is your data (not ours) and will not be shared with anyone or any third parties. All user data is securely backed-up every 5 minutes on Fresha's encrypted cloud database, our system uses SSL security and our hardware has top of the range firewalls.<br><br>***{Fresha's website infrastructure included he recited information database. Fresha used a relational database for website and product information.}*** https://www.fresha.com/contact-us/for-bookers?question=fresha-account-and-profile<br><br>fresha Any treatme... JN Edit basic info First name John Last name Mobile number Email address Date of birth Gender<br><br>https://www.fresha.com/profile |

*Evidence of Use Chart Showing Infringement of U.S. Patent No. RE 46,513 by Fresha*

## Claim 16

an information database that stores information identifying users to the processing system and authorization information that identifies resources accessible to users and that is necessary for access to resources; and

Strictly necessary cookies

https://terms.fresha.com/cookies

These are cookies that are required for the operation of our Sites and under our terms with you. They include, for example, cookies that enable you to log into secure areas of our Sites or (on other sites) use a shopping cart.

| Cookie | Provider | Set on | Why we use it | Expires |
|---|---|---|---|---|
| __cf_bm | CloudFlare | support.fresha.com | Set by the CloudFlare service for internal purposes | 20 min |
| __cfruid | CloudFlare | support.fresha.com | Set by the CloudFlare service to identify trusted web traffic. | Session |

***{"Strictly Necessary Cookies" are examples of the recited authorization information. For example, if these cookies are deleted, the previously accessible resources are no longer accessible.}***

https://www.fresha.com

fresha

For business

XXXXX

Profile

Appointments

Gift cards

Vouchers

Memberships

Favourites

Forms

Product orders

Book local beauty and wellness services

***{Example resources accessible to users are shown.}***

*Evidence of Use Chart Showing Infringement of U.S. Patent No. RE 46,513 by Fresha*

| Claim 16 | |
|---|---|
| a logon component that communicates with the communication device and with the information database, wherein the logon component receives logon information provided by the user during the secure communication session | https://docs.oracle.com/cd/E39820_01/doc.11121/gateway_docs/content/oauth_flows.html<br>***{Fresha's website infrastructure included the recited login component, and the "Authorization Server' supporting Oauth 2.0 login is an example of a logon component. The messages transmitted below are within HTTPS/TLS as an example of the secure communication session.}***<br> |

*Evidence of Use Chart Showing Infringement of U.S. Patent No. RE 46,513 by Fresha*

| Claim 16 | |
|---|---|
| a logon component that communicates with the communication device and with the information database, wherein the logon component receives logon information provided by the user during the secure communication session, |  |

*Evidence of Use Chart Showing Infringement of U.S. Patent No. RE 46,513 by Fresha*

| Claim 16 | |
|---|---|
| verifies the received logon information by matching against information identifying the user to the processing system that is retrieved from the information database, and | https://docs.oracle.com/cd/E39820_01/doc.11121/gateway_docs/content/oauth_flows.html  <br>https://vertabelo.com/blog/how-to-store-authentication-data-in-a-database-part-4-implementing-the-login-with-facebook-button-in-python/<br>***{The logon component performs the recited functionality, as shown.}*** |

*Evidence of Use Chart Showing Infringement of U.S. Patent No. RE 46,513 by Fresha*

| Claim 16 | |
|---|---|
| generates a security context from the received logon information and authorization information | [https://docs.oracle.com/cd/E39820_01/doc.11121/gateway_docs/content/oauth_flows.html](https://docs.oracle.com/cd/E39820_01/doc.11121/gateway_docs/content/oauth_flows.html)   ***{The logon component performs the recited functionality, as shown.}*** |

*Evidence of Use Chart Showing Infringement of U.S. Patent No. RE 46,513 by Fresha*

| Claim 16 | |
|---|---|
| wherein the logon component provides the security context to the user's communication device, | *https://developer.okta.com/blog/2017/06/21/what-the-heck-is-oauth*  ***{The depicted "Authorize Endpoint" includes the logon component shown in the previous slide. The login component performs the recited functionality, as shown.}*** |

*Evidence of Use Chart Showing Infringement of U.S. Patent No. RE 46,513 by Fresha*

| Claim 16 | |
|---|---|
| and the user sends, to the processing system, the security context and a request for access to a resource. | https://developer.okta.com/blog/2017/06/21/what-the-heck-is-oauth   |